UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

jaris LENDING, LLC, a Delaware
limited liability company, as servicer
for Blue Ridge Bank, N.A,

    Plaintiff,

v.                                      Case No: 8:23-cv-1181-CEH-SPF

COREEN MORGAN, TALK OF THE
TOWN GROUP LLC d/b/a
TALK OF THE TOWN WEDDINGS,
a dissolved Florida limited liability company,
TALK OF THE TOWN CATERING
AND EVENTS INC., a Florida corporation,
and TLC COMMUNITY FOUNDATION
INC., a Florida corporation,

    Defendants.
_____

## ORDER

This matter is before the Court on the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on January 12, 2024 (Doc. 26). In the Report and Recommendation, Magistrate Judge Flynn recommends that Plaintiff's Motion for Default Judgment (Doc. 23) be granted as to Plaintiff's claims against Talk of the Town Group LLC d/b/a Talk of the Town Weddings and Coreen Morgan for breach of contract (Count I), against Coreen Morgan for breach of guaranty (Count II), and against TLC Community Foundation Inc. for unjust enrichment (Count IV)[1].

---

[1] Plaintiff also alleged detinue as a cause of action against Defendants (Doc. 8 at 11-13) but did not move for default judgment on that count (Count III of the Amended Complaint).

Magistrate Judge Flynn further recommends that a final default judgment for Plaintiff and against Defendants Coreen Morgan, Talk of the Town Group LLC d/b/a Talk of the Town Weddings, and TLC Community Foundation Inc. be entered in the amount of $127,728.20, jointly and severally. The parties were provided a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 26) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Default Judgment (Doc. 23) as to Counts I, II, and IV is **GRANTED**.

(3) The Clerk is directed to enter a final default judgment for Plaintiff and against Defendants, Coreen Morgan, Talk of the Town Group LLC d/b/a Talk of the Town Weddings, and TLC Community Foundation Inc., in the amount of $127,728.20, jointly and severally.

(4)   The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida on April 12, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record
Unrepresented parties