UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

jaris LENDING, LLC, a Delaware
limited liability company, as servicer for
Blue Ridge Bank, N.A.,

    Plaintiff,

v.                                                                                     Case No: 8:23-cv-1181-CEH-SPF

COREEN MORGAN, TALK OF THE
TOWN GROUP LLC d/b/a TALK OF
THE TOWN WEDDINGS, a dissolved
Florida limited liability company,
TALK OF THE TOWN CATERING
AND EVENTS INC., a Florida
corporation, and TLC COMMUNITY
FOUNDATION INC., a Florida
corporation,

    Defendants.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on August 14, 2024 (Doc. 31). In the Report and Recommendation, Magistrate Judge Flynn recommends that Plaintiff's Motion on Entitlement to Attorney's Fees and Costs (Doc. 30) be granted in part and denied in part. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 31) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion on Entitlement to Attorney's Fees and Costs (Doc. 30) is **GRANTED in part** and **DENIED in part**. Plaintiff is entitled to recover its reasonable attorney's fees and costs against Defendants Talk of the Town and Coreen Morgan. Plaintiff is not entitled to recover its reasonable attorney's fees and costs against Defendant TLC Community Foundation. Plaintiff is entitled to a costs award against all Defendants under Rule 54(d)(1), Fed. R. Civ. P.

(3) Plaintiff is directed to file a supplemental motion on the amount of its fees and costs within 45 days of this Order. *See* L.R. 7.01(c), M.D. Fla. (2024).

**DONE AND ORDERED** at Tampa, Florida on August 27, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record